BEFORE THE THIRD DIVISION, JANUARY 29, 1940

**No. 43140.**—Protests 10602–K, etc., of Canton Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JANUARY 23, 1940

**No. 43141.**——————————————Protest 904195–G of International Forwarding Co., Inc. (Ozalid Corporation). C. D. 266. Application by plaintiff for rehearing denied.

JANUARY 26, 1940

**No. 43142.**——————————Protest 979753–G of Bloomingdale Bros., Inc. Abstract 43007. Application by plaintiff for rehearing granted.

JANUARY 29, 1940

**No. 43143.**—SUIT 4222.——————————————*Louis Wolf & Co.* v. *United States.* C. D. 48 affirmed.

**No. 43144.**—SUIT 4223.——————————————*P. H. Petry Co., R. J. Prentiss & Co., Inc.* v. *United States.* C. D. 49 affirmed.

**No. 43145.**—SUIT 4232.——————————*Draeger Shipping Co., Heymann Products Co., et al.* v. *United States.* C. D. 53 affirmed.

BEFORE THE SECOND DIVISION, JANUARY 30, 1940

**No. 43146.**—Protest 987136–G of Butler Bros. (Seattle).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Minami* v. *United States* (1 Cust. Ct. 307, C. D. 72) the wreaths in question were held dutiable at 35 percent under paragraph 353 as claimed.

**No. 43147.**—Protest 882092–G of William Shaland (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of pencil sharpeners similar to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43148.**—Protests 811191–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (3 Cust. Ct. 167, C. D. 225) the altimeters in question were held dutiable at 27½ percent under paragraph 372 as claimed.